IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20241
Summary Calendar
_____


JULES J. WALTER,

                                        Plaintiff-Appellant,

versus

PARSONS CONSTRUCTION SERVICES, INC;
CNA INSURANCE COMPANY; MA ILAHI, MD;
TONY SAPPINGTON, D.C.; TRANSPORTATION
INSURANCE COMPANY, also known as CNA
Insurance Company; CONTINENTAL CASUALTY
COMPANY, also known as CNA Insurance
Company,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-97-CV-120
- - - - - - - - - -
November 23, 1998

Before DAVIS, DUHE', and PARKER, Circuit Judges.

PER CURIAM:[*]

        Jules J. Walter has filed a motion to proceed in forma
pauperis (IFP) in the appeal of the dismissal of his employment
discrimination suit.  His motion is construed as a challenge to
the district court's certification pursuant to Fed. R. App. P.
24(a) that Walter's appeal was not taken in good faith.  See
Baugh v. Taylor, 117 F.3d 197, 201-02 (5th Cir. 1997).  Because

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Walter does not raise any nonfrivolous appellate issue, his motion to proceed IFP on appeal is DENIED. <u>Carson v. Polley</u>, 689 F.2d 562, 586 (5th Cir. 1982). Walter's motions for the appointment of counsel and for the "docket removal" of the attorney of record for CNA are DENIED as moot.

Appellee Ilahi's motion to dismiss and for damages pursuant to Fed. R. App. P. 38 is GRANTED. Walter is ORDERED to pay double costs of the appeal to Appellee Ilahi. Further it is ORDERED that Walter's handwritten pleadings, which are not allowed under the Federal Rules of Appellate Procedure, be STRICKEN.